RECEIVED
BY MAIL.

JUL 28 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

4. 97 CR 141 ERW

7/25/05

To: James Woodward,
Clerk of District Court

     Im writing this motion (Pro Se) asking for the courts assistance in helping me obtain another copy of my discovery. I sent a motion to the Clerk of the Appeals Court (Michael Gans) asking for the courts assistance in helping me obtain another copy of my discovery, and in that response I was told that my records were sent back to the U.S. District Court for the Eastern District of Missouri and that I should contact you.

     What Im trying to obtain copies of are my police reports, F.B.I. 302$^s$ and Lab reports in my case. The reason I need another copy is because after I was sentence and being held at Pontiac State Prison in ILLinois, my records were either lost, taken out of order, or destroyed while in their custody.

     While being held at Pontiac State Prison my attorneys Michael Gross and John Simon had arranged a visit to come and see me, and to also drop off a copy of my discovery. I was policy at the prison that my records could be dropped off by my attorneys, but they would first be searched and later brought to me in my cell.

     After the visit with my attorney and after I was brought back to my cell, a guard later showed up with the box that had my records in them, and a paper for me to sign saying that I had received the box of my records. Before I signed the paper I asked if I could check the box to make sure nothing was missing or that nothing was out of place. I was told by the guard that before I was given the box I would need to sign the paper and after that I could check to

make sure everything was in order. I went ahead and signed the paper and then I was given the box with my records in them.

As soon as I opened the box I saw that my records had been tossed around in the box. I hadnt brought it to the guards attention because he had walked off, but I did call him back and he looked inside the box and told me that he wasnt the person who searched it then walked off. Instead of arguing with the guard I left a message for my attorneys and told them what happened.

Both attorneys set up another visit to pick up the box of records at which time they saw that the records where out of order and some were missing. (My attorneys brought this matter to the attention of the people at the prison but nothing happened.) My attorneys took the box of records back to their office where they still sit unuseable, out of order and some reports missing.

Over the years Ive asked ~~both~~ both attorneys to bring this to the courts attention, but the times I asked they told me they were either busy, or we had to file an appeal.

Im asking for the courts assistance in obtaining another copy of (just) my police reports, F.B.I. 302$^s$ and Lab reports in my case. Ive been without my files for almost 6 years and Id like to help in my own defense, and I havent been able to do that, and I cant do that without my records.

Im sure there are many reasons why the court can turn down my request, but Im asking for the court to see the importance of me having a copy of my records as I try to help in my defense on my appeals.

Id be greatful if the court can help me get

a copy of the records I'm asking for. Thank You!

Sincerely,

Billie Allen
26901-044
P.O. BOX 12015
Terre Haute, IN. 47801

Case: 4:97-cr-00141-ERW    Doc. #: 652    Filed: 07/28/05    Page: 4 of 4 PageID #: 78

Billie Allen
Name

26901-044
Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

■ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Legal Mail



TO: Mr. James Woodward
(Clerk of District Court)
Thomas F. Eagleton Court House
U.S. District Court, Eastern Missouri
U.S. Tenth Street
St. Louis, MO. 63102

RECEIVED
BY MAIL

JUL 28 2005

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS    63102-1125