RECEIVED
BY MAIL
NOV 04 2005

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

4:97CR141 ERW

10/30/05
**FILED**

NOV 0 4 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

James G. Woodward,
(Clerk of Court)

My name is Billie Allen and Im filing this motion Pro Se.

Again I must come to the court and plead with you in asking for assistance in obtaining the documents (Discovery) in my case. This court granted my first motion (9/28/2005) and the court forwarded my motion for Discovery to my counsel of record and ordered that counsel "assist in obtaining and providing the requested documents" to me.

Two weeks after this court granted my motion I spoke with one of my attorneys (Michael Gross), and I spoke with him a week before writing this motion, and he informed me that he isnt sure if the documents Ive requested are even in his possession.

I have another attorney (John Simon), who once told me that he was in possession of the documents I asked for but "every" time I asked for a copy my requests were ignored. Over the last 2 years Ive wrote letters to John Simon which went unanswered, and Ive also asked the counselor of the unit Im in to set up a call so I could talk to him, (about my documents and my pending appeal), but we have yet to talk.

As I explained to this court in my first motion, Ive been trying to get copies of my discovery from my attorneys but my requests have been unsuccessful. I write this motion in good faith, because from past requests, I honestly believe that I wont get any of the documents Ive asked for unless this court or the government makes another copy for me.

Im pleading for the court to take control of this matter

because I feel I wont receive the documents Ive requested.

The documents Ive requested:
(Copies of:
1) All police and F.B.I (302) reports.
2) All lab reports and results.
3) All witness statements.
4) All photos of evidence.
5) Transcripts of opening statements and closing statements (from both counsel at trial.)

Sincerely,

Billie Allen
Billie Allen
26901-044
P.O. BOX 12015
Terre Haute, IN. 47801