Case: 4:97-cr-00141-ERW   Doc. #: 654-2   Filed: 11/04/05   Page: 1 of 1 PageID #: 83

Billie Allen
Name
26901-044
Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Legal Mail

TO: James G. Woodward
Clerk of Court
OFFICE OF THE CLERK
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO. 63102

RECEIVED
BY MAIL
NOV 0 4 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

63102+1125-99 C009