UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:97CR141 ERW |
| | ) | |
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S ENTRY OF APPEARANCE

**COMES NOW** the United States of America, by and through its attorneys, Catherine L.

Hanaway, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser,

Assistant United States Attorney, for said District and hereby enter their appearance as attorney for

the plaintiff, United States of America.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

 /s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2005, the foregoing was filed electronically with the
Clerk of the Court.

 /s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER
Assistant United States Attorney