# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CRIMINAL PROCEEDINGS

Date _11/29/05_ Judge_E.R.Webber_ Case No._4:97CR141ERW_

UNITED STATES OF AMERICA   vs._Billie Jerome Allen_

Court Reporter_D. Kreighauser_ Deputy Clerk _J. M. Webb_

Assistant United States Attorney(s)_Michael A. Gross + John W. Simon_

Attorney(s) for Defendant(s) _____

Only PHf's Attys
~~Parties~~ present for _States conference via telephone re: Doc. #654. Counsel stated that he's looking for a complete set of discovery materials. He has some discovery mat'l but can't prove that it is a complete set. He will provide Mr. Allen a copy as soon as possible. Judge Webber stated that re: transcript he will provide certain parts but not the whole transcript._

~~It is hereby ordered that~~ _Judge will provide that for deft. (instead of the defendants counsel). Order to issue._

Govt. Witness_____ Deft. Witness_____
Govt. Witness_____ Deft. Witness_____

Govt. Exhibits:_____ Deft. Exhibits:_____
Govt. Exhibits:_____ Deft. Exhibits:_____

□ Exhibits returned to and retained by counsel

Defendant is   □ Remanded to custody   □ Released on existing bond
Defendant attorney present at _____ a.m./p.m.

Proceedings commenced _10:45_ (a.m.)/p.m. Concluded _10:55_ (a.m.)/p.m.