

## United States District Court
### Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

**E. RICHARD WEBBER**
DISTRICT JUDGE

Phone: 314-244-7460

December 2, 2005

Mr. Billie Jerome Allen
Inmate #26901-044
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Re:    USA v. Allen
        4:97CR00141 ERW

Dear Mr. Allen:

On November 29, 2005, I conferred with Mr. Gross and Mr. Simon about your Request for Documents [doc. #654]. They will confer further and provide you with some material.

Cordially yours,

E. Richard Webber
United States District Judge

ERW/bab