RECEIVED
BY MAIL

FEB 21 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

4:97CR141 ERW

re Billie Allen (Discovery)

Clerk of the Court,
James G. Woodward,

This is a pro se motion where I'd like to ask the court again for its assistance in helping me to acquire another copy of my discovery. Since I first brought this issue to the attention of the court back in September of 2005 and even after the court took steps to find out what my attorneys wanted to do, I have still yet to recieve a single page from my discovery.

Both attorneys have informed me that neither one has a complete copy of what I've been asking for. I thought that they would have brought this to the attention of the court to see if the court might ask the government to make another copy, but that hasnt happened.

I once again come to the court in good faith, because I honestly believe that if the court doesnt take complete control this matter, I wont get my discovery anytime soon. I'd like to ask the court if it could order the prosecution in my case to make a copy of all discovery; Police reports, witnesses statements, photos, lab results, F.B.I. 302 and anything that was turned over to trial counsel when my motion for discovery was granted, during trial and after.

Please, I beg the court for its assistance.
Thank You,
Billie Allen 26901-044
P.O. Box 12015
Terre Haute, IN. 47801

Case: 4:97-cr-00141-ERW   Doc. #:  658   Filed: 02/21/06   Page: 2 of 2 PageID #: 88

*Billie Allen*
Name
26901-044
Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN  47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN  47808

■ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN  47801

*Legal Mail*

TO: Mr. James G. Woodward
Clerk of the Court
U.S. District Court, Eastern Missouri
111 S. Tenth Street
St. Louis, MO. 63102

RECEIVED BY MAIL
FEB 2 1 2006
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

63102+1125-99 C009