# TELEPHONE CONFERENCE MINUTE SHEET
## Honorable E. Richard Webber, Presiding.
## U.S.A. v. BILLIE JERSOME ALLEN.
## 4:97-CR-141-ERW

**COURT REPORTER: D. Kriegshouser.      DEPUTY CLERK:  B.D. Crow**

**ATTORNEYS  PRESENT by Telephone.**

**ATTORNEY FOR PLAINTIFF: Steven Holtshouser.**

**ATTORNEY FOR DEFENDANT: Michael S. Gross.**

**PARTIES PRESENT BY TELEPHONE FOR HEARING on the recent letter/motion from defendant Billie J. Allen  filed as doc.#658.**

**PROCEEDINGS BEGAN:  10:00 a.m.    ENDED:   10:15 a.m.**