

## United States District Court
### Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

**E. RICHARD WEBBER**
DISTRICT JUDGE

Phone: 314-244-7460

March 3, 2006

Mr. Billie Allen
Inmate #26901-044
P.O. Box 12015
Terre Haute, IN 47801

Re:    <u>USA v. Allen</u>
       4:97CR141 ERW

Dear Mr. Allen:

Your recent letter to Jim Woodward, Clerk of Court for the Eastern District of Missouri, was forwarded to me. I scheduled a telephone hearing for today with Mr. Gross, Mr. Simon and Mr. Holtshauser. I am sending a copy of the transcript of that hearing to Mr. Gross, Mr. Simon and Mr. Holtshauser.

You have no pending case before this Court at this time. If you believe you are entitled to any relief with this Court, ask the attorneys representing you to file a motion on your behalf.

Cordially yours,

E. Richard Webber
United States District Court

ERW/bab
cc:    Michael A. Gross
       John W. Simon
       Steven E. Holtshauser