IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, :<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | No.　No.　4:97-cr-00141-ERW |
| BILLIE JEROME ALLEN,<br>　　Defendant. | §<br>§<br>§ | |

**ORDER**

This matter comes before the Court on the motion of John William Simon., on behalf of defendant Billie Jerom Allen, requesting that the Court appoint Elizabeth Unger Carlyle, of Kansas City, Missouri and Columbus, Mississippi, and Joseph Cleary, of Indianapolis, Indiana, to represent Mr. Allen in any available post-conviction proceedings, including §2255 and, if necessary, clemency proceedings.

Good cause appearing therefore, it is ordered that Mr. Cleary is admitted *pro hac vice*. If is further ordered that Ms. Carlyle and Mr. Cleary are hereby appointed to represent the defendant Billie Jerome Allen, pursuant to 18 U.S.C. §3599 in all available post-conviction proceedings, including clemency, if necessary. The effective date of this appointment is December 15, 2006.

SO ORDERED this __ day of December, 2006.

_____
U.S. DISTRICT JUDGE

9