# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**    Mr. James G. Woodward

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    December 20, 2006

**RE:**    98-2549  United States v. Billie Jerome Allen

District Court/Agency Case Number(s):   4:97-CR-141(ERW)

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

paw

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

RECEIVED
BY MAIL

DEC 20 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
Clerk

William K. Suter
Clerk of the Court
(202) 479-3011

December 11, 2006

United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

Re:  Billie Jerome Allen
     v. United States
     No. 05-6764
     (Your No. 98-2549)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

RECEIVED

DEC 19 2006

U.S. COURT OF APPEALS
EIGHTH CIRCUIT