(Post 11/2015)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

United States of America

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Case No. 4:97-cr-00141-ERW |
| v. | ) | |
| Norris Holder, Jr. | ) | |
|  | ) | |
|  | ) | |

*Defendant*

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norris Holder, Jr.

Date: April 18, 2016

_____
*Attorney's signature*

Scott W. Braden Arkansas 2007123
_____
*Printed name and bar number*

1401 W. Capitol, St 490
_____
*Address*

Little Rock, AR 72201
_____
*Address2*

(501) 324 6114
_____
*Telephone number*

scott_braden@fd.org
_____
*Email Address*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this _18 th__day of April, 2016, a copy of the foregoing Appearance of Counsel was served via the CM/ECF electronic filing system and by United States Postal Service, postage prepaid, upon: Cristian Smith, Assistant United States Attorney, cris.smith@usdoj.gov, Joseph Landolt, Assistant United States Attorney, joseph.landolt@usdoj.gov; and the Office of the United States Attorney for the Eastern District of Missouri, usamoe.crimdock@usdoj.gov at Thomas F. Eagleton United States Courthouse, 111 S. 10th Street Room 20.33,St. Louis, MO 63102.

/s/    Scott W. Braden
Name: Scott W. Braden
Bar Number: Ar. 2007123
Attorney for: Norris Holder
Law Firm Name: Federal Public Defender
Law Firm Address: 1401 W. Capitol, St 490
City State ZIP: Little Rock, AR 72201
Phone Number: (501) 324 6114
Email Address: scott braden@fd.org