UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:97 CR 141 ERW |
| | ) | |
| NORRIS G. HOLDER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Allison H. Behrens, Assistant United States Attorney for the Eastern District of

Missouri, and enters her appearance as counsel of record in the above-referenced matter.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/Allison H. Behrens*
Allison H. Behrens, 38482MO
Assistant United States Attorney
111 South 10th Street
St. Louis, Missouri   63102
(314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was served upon all

parties of record by way of this Court's electronic notification system this     13th     day of May,

2016.

*s/Allison H. Behrens*
ALLISON H. BEHRENS, #38482MO