# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 8, 2017

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

Re: Billie Jerome Allen
    v. United States
    No. 16-8229
    (Your No. 14-3495)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 1, 2017 and placed on the docket March 8, 2017 as No. 16-8229.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 14, 2017

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

RE:  14-3495  Billie Allen v. United States

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

Michael E. Gans
Clerk of Court

SRD

Enclosure(s)

District Court/Agency Case Number(s):   4:07-cv-00027-ERW