# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 11, 2019

Mr. Scott Braden
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 490
1401 W. Capitol
Little Rock, AR  72201-3325

RE:  19-3473  Norris Holder v. United States

Dear Counsel:

Enclosed is a dispositive order entered today at the direction of the court.

Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc:    Ms. Tiffany Gulley Becker
       Ms. Allison Hart Behrens
       Ms. Sayler Anne Ault Fleming
       Mr. Norris G. Holder
       Mr. Gregory J. Linhares

          District Court/Agency Case Number(s):  4:16-cv-00654-ERW
                                                 4:97-cr-00141-ERW-1

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  19-3473
_____

Norris G. Holder

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00654-ERW)
(4:97-cr-00141-ERW-1)

_____

## JUDGMENT

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.

The motion for authorization to file a second or successive motion under section 2255 in the district court is denied. Mandate shall issue forthwith.

December 11, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans