# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3473

Norris G. Holder

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00654-ERW)
(4:97-cr-00141-ERW-1)

_____

## MANDATE

In accordance with the judgment of 12/11/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 11, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit