**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 4:97CR141 ERW** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **NORRIS G. HOLDER** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION OF UNITED STATES OF AMERICA TO**
**AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT**

COMES NOW The United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jane Rund, Assistant United States Attorney for said District, pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), moves for an order authorizing the Bureau of Prisons to turnover to the Clerk of the Court funds held in the inmate trust account for the above-named defendant as payment towards the outstanding criminal monetary penalties imposed in this case. Pursuant to E.D. Mo. L.R. 7-4.01(A), a memorandum in support is being filed contemporaneously with the motion.

DATED September 3, 2020                    Respectfully submitted,


                                           JEFFREY B. JENSEN
                                           United States Attorney


                                           /s/ *Jane Rund*
                                           JANE RUND #47298 MO
                                           Assistant United States Attorney
                                           Thomas F. Eagleton U.S. Courthouse
                                           111 South Tenth Street, 20th Floor
                                           St. Louis, Missouri 63102
                                           (314) 539-7636
                                           (314) 539-2287 fax
                                           Jane.Rund@usdoj.gov


### Certificate of Service

The undersigned hereby certifies that on September 3, 2020, a true and accurate copy of

the foregoing was served via U.S. Mail, postage prepaid, to the following:

Norris G. Holder, Reg. No. 26902-044
USP Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802


                                           /s/ *Jane Rund*
                                           Assistant United States Attorney