# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>NORRIS G. HOLDER )<br>)<br>Defendant. )<br>) | **Case No. 4:97CR141 ERW** |

## UNITED STATES MOTION TO WITHDRAW MOTION TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT

Plaintiff, United States of America, by its attorney hereby withdraws the United States

Motion to Authorize Payment from Inmate Trust Account now pending in the above-entitled case.

JEFFREY B. JENSEN
United States Attorney


 /s/ Jane Rund
JANE RUND, #47298MO
Assistant United States Attorney
111 South 10th Street
St. Louis, MO 63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 8, 2020, a true and accurate copy of the foregoing was served via U.S. Mail, postage prepaid, to the following:

Norris G. Holder, Reg. No. 26902-044
USP Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 8, 2020, a true and accurate copy of the foregoing was served via ECF, to all parties on record.

/s/ *Jane Rund*
Assistant United States Attorney