## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

       v.

NORRIS G. HOLDER, JR.,

    Defendant

No. 4:97-CR-141-ERW

**CAPITAL CASE**

### ENTRY OF APPEARANCE

Nadia Wood, Assistant Federal Public Defender at the Federal Public Defender for the Eastern District of Arkansas, Capital Habeas Unit, hereby enters her appearance as counsel for Norris G. Holder, Jr., in the above-captioned case. This Federal Public Defender office is currently appointed as counsel for Mr. Holder pursuant to 18 U.S.C. § 3599, in this case and all related matters.

DATE: December 6, 2021

Respectfully submitted,

Nadia Wood, MN Bar No. 0391334
Assistant Federal Public Defender
Federal Public Defender Office
1401 W. Capitol Ave., Ste. 490
Little Rock, AR 72201
(501) 324-6114
Nadia_Wood@fd.org

*Counsel for Norris G. Holder, Jr.*