**THIS IS A CAPITAL CASE**
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,   )
                        )     CAPITAL CASE
     Plaintiff,         )
                        )     No. 4:97-cr-00141-ERW
     v.                  )
                        )
NORRIS G. HOLDER, JR.,     )
                        )
     Defendant.      )

**MOTION TO WITHDRAW**

Comes now Scott W. Braden, counsel for the Defendant and hereby moves he be allowed to withdraw for the following reasons:

Mr. Braden is retiring from the Office of the Federal Public Defender December 31, 2021. After that date he will no longer be employed with the Office for the Federal Public Defender for the Eastern District of Arkansas.

Mr. Holder was given written notice dated September 28, 2021. Nadia Wood of the Federal Public Defender's Office for the Eastern District of Arkansas remains counsel for Mr. Holder.

THEREFORE, Mr. Braden prays that the Court grant this motion to allow his withdraw.

Respectfully submitted,
LISA G. PETERS

FEDERAL DEFENDER

Scott W. Braden
Ark. Bar No 2007123
Assistant Federal Public Defender
Arkansas Federal Public Defender Office
1401 W. Capitol, Suite 490
Little Rock, AR 72201.
(501) 324-6114

Counsel for Defendant, Norris Holder